```
                                              FILED
                                        U.S. DISTRICT COURT

                                        2011 SEP -9  A 11: 30

                                          DISTRICT OF UTAH
```

**Brian W. Steffensen (3092)**
**STEFFENSEN ❖ LAW ❖ OFFICE**
448 East 400 South, Suite 100
Salt Lake City, Utah 84111
Telephone (801) 485-3707
Facsimile (801) 485-7140
Attorneys for Plaintiff

BY:_____
   DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Richard Frost, | Order Granting Stipulated Motion to Dismiss Claims Against Mountain Land Collections, Inc., Quinn M. Kofford, Quinn M. Kofford, P.C., and Amber Davis, |
| Plaintiff, vs. | |
| Randall L. Skeen, et al., | Civil No. 2:11-cv-00533 |
| Defendants. | Judge Bruce S. Jenkins |

Pursuant to a written stipulation entered into between Plaintiff, Richard Frost, and Defendants Mountain Land Collections, Inc., Quinn M. Kofford, Quinn M. Kofford, P.C., and Amber Davis (the Mountain Land/ Kofford Defendants), stating that the above-entitled action against the Mountain Land / Kofford Defendants has been fully and finally compromised and settled on the merits:

IT IS HEREBY ORDERED that any and all claims of the plaintiffs against Mountain Land Collections, Inc., Quinn M. Kofford, Quinn M. Kofford, P.C., and Amber Davis raised herein are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection

with said action.

Dated this 7th day of Sept, 2011.

BY THE COURT

*[signature]*
Honorable Judge, Bruce S. Jenkins
United States District Court

## Certificate of Mailing

I hereby certify that on the ___8th___ day of September __, 2011, that I caused a true and correct copy of the foregoing instrument to be ____mailed, postage prepaid; and/or____hand delivered by ____fax by __xx___ email and/or by____courier; to:

Randall L Skeen
COOK SKEEN & ROBINSON
5788 S 900 E
SALT LAKE CITY, UT 84121-2178
Email: rskeenlaw@hotmail.com

Jerry R Kennedy
SEAL & KENNEDY
1366 E MURRAY-HOLLADAY RD
SALT LAKE CITY, UT 84117

Mark O. Morris
SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER WEST
SALT LAKE CITY, UT 84101
Email: mmorris@swlaw.com